# EXHIBIT A
(SERVICE OF PROCESS)



# CORPORATION SERVICE COMPANY®

**null / ALL**
**Transmittal Number: 12910842**
**Date Processed: 09/03/2014**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Mr. J. John Lutz<br>Arkema Inc.<br>900 First Avenue<br>King of Prussia, PA 19406 |
| **Copy of transmittal only provided to:** | Monica Muehsam<br>Ms. Marsha Smith |

| | |
|---|---|
| **Entity:** | Arkema Inc.<br>Entity ID Number  2111154 |
| **Entity Served:** | Arkema Inc |
| **Title of Action:** | Clark Fire Equipment Inc vs. John Doe (a/k/a Joe Cheong) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Harris County District Court, Texas |
| **Case/Reference No:** | 201447928 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 09/02/2014 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Anissah M. Andang<br>832-767-0339 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

RECEIPT NUMBER _____ 0.00
TRACKING NUMBER ___73048872___ CIV

**CAUSE NUMBER** ___201447928___

| | |
|---|---|
| **PLAINTIFF:** CLARK FIRE EQUIPMENT INC<br>vs.<br>**DEFENDANT:** DOE (A/K/A JOE CHEONG), JOHN | **In The** 125th<br>**Judicial District Court of**<br>**Harris County, Texas** |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: ARKEMA INC (IS A PENNSYLVANIA CORPORATION) MAY BE SERVED BY SERVING
ITS REGISTERED AGENT COPORATION SERVICE COMPANY D/B/A CSC-LAWYERS
INCORPORATING SERVICE COMPANY

211 E. 7TH STREET, SUITE 620 AUSTIN TX 78701

Attached is a copy of ___PLAINTIFF'S ORIGINAL PETITION___.

This instrument was filed on the ___20th___ day of ___August___, 20 _14_, in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this ___21st___ day of
___August___, 20 _14_.

*Chris Daniel*

**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Issued at request of:
ANDANG, ANISSAH MARIE
11200 WESTHEIMER SUITE 120
HOUSTON, TX 77042
Tel: (832) 767-0339
Bar Number: 24072895

**Generated by:** MOMON, RHONDA MICHEL    HWP//9907209

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at _____ o'clock ____.M., endorsed
the date of delivery thereon, and executed it at _____, _____,
(street address)                              (city)
in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ____. M.,
by delivering to _____, by delivering to its
(the defendant corporation named in citation)
_____, in person, whose name is _____,
(registered agent, president, or vice-president)
a true copy of this citation, with a copy of the _____ Petition attached,
(description of petition, e.g., "Plaintiffs Original")
and with accompanying copies of _____.
(additional documents, if any, delivered with the petition)
I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $ _____         By: _____
                              (signature of officer)
                         Printed Name: _____

                         As Deputy for: _____
_____         (printed name & title of sheriff or constable)
Affiant Other Than Officer

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20 _____

_____
Notary Public

N.INT.CITC.P