| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number   CA H-14-2730 |
|---|---|
| Style | **Clark Fire Equipment Inc. v. Arkema, Inc. et al** |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |

Signed:

Ewing Werlein, Jr.,
United States District Judge

Date: January 15, 2015